# UNITED STATES DISTRICT COURT

EASTERN **District of** CALIFORNIA

ANTHONY S. ALVAREZ

Plaintiff

V.

COMMISSIONER OF SOCIAL SECURITY

Defendant

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

CASE NUMBER: 1:10-at-00784

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

✔ **GRANTED.**

    ✔ The clerk is directed to file the complaint.

    ✔ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ **DENIED,** for the following reasons:

ENTER this 7th day of October, 2010.

/s/ Sandra M. Snyder
Signature of Judicial Officer

SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer