1  Brian C. Shapiro
   Attorney at Law: 192789
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115Santa Fe Springs, CA 90670
3  Tel.: (562)868-5886
   Fax: (562)868-5491
4  E-mail: rohlfing_office@speakeasy.net

5  Attorneys for Plaintiff
   Anthony S. Alvarez

6

7
                    **UNITED STATES DISTRICT COURT**
8                **EASTERN DISTRICT OF CALIFORNIA**
                        **FRESNO DIVISION**
9

10

11  ANTHONY S. ALVAREZ,              )   Case No.: 1:10-cv-01867 SMS
                                     )
12           Plaintiff,             )    ORDER OF  DISMISSAL
                                     )
13      vs.                          )
                                     )
14  MICHAEL J. ASTRUE,               )
    Commissioner of Social Security, )
15                                   )
             Defendant.             )
16                                   )
                                     )
17  _____)

18      The above captioned matter is dismissed with prejudice, each party to bear

19  its own fees, costs, and expenses.

20

21      IT IS SO ORDERED.

22  Dated:  April 16, 2011                    /s/ Sandra M. Snyder

23                              UNITED STATES MAGISTRATE JUDGE

24

25

26

                                    -1-